JOSEPH A. KNIERIEM, Respondent, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Knieriem* v. *N. Y. C. & H. R. R. R. Co.*, 146 App. Div. 661,
affirmed.
   (Argued January 20, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered December 27, 1911, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover a sum of money and the value of certain personal
property alleged to have been lost by plaintiff through
the derailment of one of defendant's cars on which he
was riding as a passenger.

   *Alex. S. Lyman, Robert A. Kutschbock* and *Charles
C. Paulding* for appellant.

   *J. S. Einsohn, Herman N. Hansen* and *F. Howard
Collins* for respondent.

   Judgment affirmed, with costs; no opinion.
   Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE,
COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting:
MILLER, J.